**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-01-135-T |
| | ) | |
| ELEUTERIO HIDALGO-MENDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On February 22, 2005, the Court entered a "Final Order of Forfeiture" in this case. (Doc. No. 102.) More than three years later, on March 25, 2005, the Government filed a "Motion for Amendment to Final Order of Forfeiture." On March 29, 2005, the Court entered a show cause order directing the Government to respond to certain issues. On April 11, 2005, the Government filed a response to the show cause order. On April 20, 2005, the Government filed a supplement to its response to the show cause order.

In the supplemental response, the Government suggested that its March 25, 2005, request could be stayed while it attempted to "reach an agreement with the [person] who should have received notice" of the original forfeiture proceeding. Upon review of the various options presented by the Government in its response and supplemental response, the Court concludes this option should be pursued prior to any ruling on the Government's March 25, 2005, request. Accordingly, the Court will defer ruling on the Government's March 25, 2005, request for a period of forty-five days. Counsel for the Government is

directed to pursue an agreement "with the [person] who should have received notice" of the original

forfeiture proceeding.

IT IS SO ORDERED this 21st day of April, 2005.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE